UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW MILLARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CSL SERVICES, INC., and BRUCE COHEN, individually,<br><br>    Defendants. | STIPULATION<br>OF DISMISSAL WITH PREJUDICE<br><br>Case No.: 1:17-cv-05093-NHL-AMD |

This matter, having been amicably resolved between the parties, it is hereby stipulated that all claims, in the above-captioned matter brought by Plaintiff MATTHEW MILLARD, against Defendants, CSL SERVICES, INC. ("CSL") and BRUCE COHEN, individually, are dismissed with prejudice and without costs. The Court, however, retains jurisdiction to implement and enforce the settlement and its terms, and the Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement for a period of 60 days.

Dated: September 12, 2017

Respectfully submitted,

s/ Andrew I. Glenn
Andrew I. Glenn, Esq
E-mail: AGlenn@JaffeGlenn.com
New Jersey Bar No.: 026491992
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New Jersey Bar No.: 02231993
JAFFE GLENN LAW GROUP, P.A.
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

So Ordered this 13th day of September, 2017

Noel L. Hillman
Hon. Noel L. Hillman, USDJ

1